IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-00239 WHA |
| Plaintiff, | |
| v. | **ORDER RE STIPULATED EXTENSION OF TIME TO FILE TRAVERSE** |
| WADE VINCENT SHANG, | |
| Defendant. | |

Defendant's deadline to file a traverse is extended to December 2, 2005.

**IT IS SO ORDERED.**

Dated: November 23, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE